# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| **JOHN REISDORF,** individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>**SCOTT OCEL ENTERPRISES, INC.,** and **SCOTT A. OCEL**, individually,<br><br>Defendants. | **Case No. 3:22-cv-00031-RGE-SHL** |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff John Reisdorf, by and through the undersigned counsel and pursuant to F.R.C.P. 41(a)(1)(A)(i), hereby represents that he voluntarily dismisses his claims against Scott Ocel Enterprises, Inc., and Scott A. Ocel in this action. Accordingly, Plaintiff hereby dismisses his claims against these Defendants in this action without prejudice and with each party to bear its own costs of court and attorneys' fees.

Respectfully submitted,

*/s/ Harley C. Erbe*
**Harley C. Erbe**
No. AT002430
**ERBE LAW FIRM**
2501 Grand Avenue, First Floor
Des Moines, Iowa 50312
Telephone : (515) 281-1460
Facsimile : (515) 281-1474
Email: harleyerbe@erbelaw.com
Website: www.erbelaw.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on all parties of record via the Court's Electronic Filing System and in accordance with the Federal Rules of Civil Procedure.

                                        */s/ Harley C. Erbe*
                                        **Harley C. Erbe**